# Katten

50 Rockefeller Center
New York, NY 10020
+1.212.940.8800 tel
www.katten.com

ANTHONY L. PACCIONE
anthony.paccione@katten.com
+1.212.940.8502 direct
+1.212.894.5502 fax

June 22, 2022

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Anthem Insurance Cos., Inc. v. AgriBank, FCB* (Case No. 22:cv-00882-RA)
> <u>The Parties' Request for Adjournment of Conference</u>

Dear Judge Abrams,

We are counsel to defendant AgriBank, FCB ("**AgriBank**") in the above-captioned matter. We write in accordance with Rule 1(D) of Your Honor's Individual Rules and Practices, for the purpose of requesting an adjournment of the initial conference scheduled for Friday, June 24. Plaintiffs Anthem Insurance Companies, Inc., Blue Cross of California Partnership Plan, Inc., Rocky Mountain Hospital and Medical Service, Inc., and Caremore Health Plan (collectively with AgriBank, the "**Parties**") have consented to, and concurrently request, the adjournment requested herein. The Parties jointly request this adjournment because they have finalized and signed a written settlement agreement.

Sincerely,

*/s/Anthony L. Paccione*

Anthony L. Paccione

CC:

All counsel of record (via ECF)

Application granted, the conference is adjourned *sine die.*

Further, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/24/22